UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                         Civil No. 05-cv-434-JM

Rocky L. Routhier and
Cecile C. Routhier

**O R D E R**

The United States seeks entry of default judgment against Rocky L. Routhier and Cecile C. Routhier. Both defendants defaulted.

The government presented the testimony of its Internal Revenue Technical Adviser, Ms. Sullivan. Ms. Sullivan authenticated Exhibit 1, the Service's records of taxes due and penalties and interest calculations, less all payments received. In short, the government proved that as of June 19, 2006 the defendant Rocky L. Routhier owed the United States of America $76,177.67 and that Rocky L. Routhier and/or Cecile C. Routhier jointly and severally owe the United States of America $3,037.82.

Judgment is ordered entered as follows:

    1.   $76,177.67 plus interest since June 19, 2006 in favor of plaintiff against Rocky L. Routhier; and

2.   $3,037.82 plus interest since June 19, 2006 in favor of plaintiff jointly and severally against Rocky L. Routhier and Cecile C. Routhier.


**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: August 3, 2006

cc:   Barry E. Reiferson, Esq.